ANNA MARIA HOWELL et al., Appellants, *v.* THE LONG ISLAND RAILROAD COMPANY, Respondent.

(Argued December 9, 1887; decided December 23, 1887.)

*Edward E. Sprague* for appellant.

*J. R. Burnett* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

————

THE PEOPLE ex rel. CHARLES N. VILAS, Respondent *v.* ABRAHAM R. LAWRENCE, Justice of the Supreme Court.

THIS case presented the same question and was argued and decided with *People ex rel. Breslin* v. *Lawrence* (*ante*, p. 607).

————

JOHN DOW, Respondent, *v.* THE RECTOR, WARDENS AND VESTRYMEN OF ST. PHILIP'S CHURCH IN THE CITY OF NEW YORK, Appellant.

THIS case presented the same questions and was argued and decided with *Smith* v. *The Rector, etc.* (*ante*, p. 610).